No. 743. SOUTHERN PILOTS ASSOCIATION ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Philip F. Herrick* and *Nicholas E. Allen* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Joseph B. Goldman, O. D. Ozment* and *Peter B. Schwarzkopf* for the Civil Aeronautics Board; and *Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* for Air Line Pilots Association, respondents.

No. 815. STRACHAN SHIPPING CO. *v.* KONINKLYKE NEDERLANDSCHE STOOMBOOT MAALSCHAPPY, N. V. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Robert Eikel* for petitioner.

No. 792, Misc. TIDMORE *v.* TAYLOR, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 806, Misc. PEEK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hugh R. Manes* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 815, Misc. HUERTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.